AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

United States of America
v.
Mohamed Nidal Jaber
a/k/a "Mo"

Defendant

Case No. 8:24cr281WFJ-SPF

**SEALED**

RCVD USMS M/FL/TAMPA 2024 JUN 24 AM 10:19

## ARREST WARRANT

JUL 1 2024 AM 8:38
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mohamed Nidal Jaber,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy; Drug Conspiracy; Conspiracy to Commit Robbery; and Bank Fraud in violation of: 18 U.S.C. § 1962(D); 21 U.S.C § 846; 18 U.S.C. § 1951; and 18 U.S.C. § 1344.

Date: 6/21/24

Issuing officer's signature
LISA SILVIA

City and state: Tampa FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 21 June 24, and the person was arrested on *(date)* 26 June 24
at *(city and state)* San Francisco, CA.

Date: 28 June 24

Arresting officer's signature

FRANK A. ORTIZ   #32638
*Printed name and title*